IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH, | 2:08-cv-0996-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TODD HAYWARD, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On July 3, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.[1]

---

[1]    The Court notes that on July 7, 2008, plaintiff filed a request for service of his complaint.  Although this request was filed after the issuance of the findings and recommendations, it was signed by plaintiff on June 30, 2008, prior to the findings and recommendations being issued.  Plaintiff has not responded to the findings and recommendations.

1

1 | The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 3, 2008, are adopted in full;

2. Plaintiff's complaint is dismissed without prejudice, for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to enter judgment and close this case.

Dated: August 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge